UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION



FILED
2/17/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KAREEM JOUDEH

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

JEANETTE PHILHOWER

HUNTER WRIGHT

Case No: 21 C 50381
(To be supplied by the Clerk of this Court)

Hon. Philip G. Reinhard

Hon. Lisa A. Jensen

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:           -AMENDED COMPLAINT-

___X___   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

___X___   OTHER (cite statute, if known)   28 § 1367(a) STATE LAW NEGLIGENCE

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: KAREEM JOUDEH

   B. List all aliases: NONE

   C. Prisoner identification number: Y38763

   D. Place of present confinement: DIXON CORR. CENTER

   E. Address: 2600 N. Brinton Ave., Dixon, IL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: JEANETTE PHILHOWER

      Title: CORRECTIONAL OFFICER

      Place of Employment: DIXON. CORR. CENTER

   B. Defendant: HUNTER WRIGHT

      Title: CORRECTIONAL OFFICER

      Place of Employment: DIXON CORR. CENTER

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take?
Filed two grievances, emergency and non-emergency.

Non-emergency grievance no responses were had.

Wrote follow-up letters and grievance regarding no responce.

No grievance forms were available. (SEE ATTACHED EXHIBIT)
2. What was the result?
Prison officials failed to respond to Plaintiff's

non-emergency grievance. (See Lewis v. Washington,

300 F.3d 829, 833 (7th Cir. 2002)

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
Administrative remedies are considered unavailable,

Plaintiff exhausted remedies. (See Lewis v. Washington,

300 F.3d 829, 833 (7th Cir. 2002)

D. If your answer is NO, explain why not:

3

Case: 3:21-cv-50381 Document #: 68 Filed: 02/17/23 Page 4 of 17 PageID #:239

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

    1. What steps did you take?

    _____

    _____

    _____

    2. What was the result?

    _____

    _____

    _____

H. If your answer is **NO**, explain why not:

_____

_____

_____

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

NONE

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On 8/19/2020, Plaintiff was assigned to Housing Unit 31 ("HU31"), at Dixon Correctional Center ("DIXON C.C.")

2. On 8/19/2020, Inmate Green invaded the cell Plaintiff was assigned without consent and/or authorization in order to forcibly steal my property. Specifically, commissary items, food and hygene. Inmate Green is a well-known thief by priosn staff.

3. Dixon C.C. at the time was in strict quarantine lockdown. It was policy, as well as state wide policy, to only let out a cetain amount of inmates at a time for dayroom, to prevent the spread of Covid-19.

4. On 8/19/2020, Inmate Green was out of his cell without it being his dayroom time. Defendants Philhower (CONTROL OFFICE) and Hunter (FLOOR OFFICER) in HU31, knew Inmate Green broke out of his assigned cell in violation of the rules which is Inmate Green's well-known method of stealing from other inmates, including Plaintiff.

5. Plaintiff advised Defendant Wright, that he wanted to report the incident to the HU31 Lieutenant that Inmate Green invaded his assigned cell and stole his property. But, Defendant Wright declined to report the theft by Inmate Green and told Plaintiff

that it was Plaintiff's fault that the door was open. Even though it was Defendant Wright's job to make rounds and ensure doors are secured during and in between dayrooms and, ensure the correct inmates are present in the dayroom. As well as Defendant Philhower is to ensure the same and, that all doors are secured by monitoring the control panel to open and close doors.

6. During the conversation between Plaintiff and the Defendants at the control center. Inmate Green was still outside his cell and, still not secured in his cell. Inmate Green witnessed Plaintiff reporting Inmate Green's theft of his property to the Defendants. At which time, Inmate Green yelled out loud, "I'm a beat your snitch ass." Both Defendants heard Inmate Green's threat to Plaintiff of physical violence. But, did nothing.

7. Following, Defendant Wright advised Plaintiff while he and Defendant Philhower laughed, "Loose lips sink ships."

8. Following, Plaintiff requested protective custory from Defendant Wright and/or to be moved away from Inmate Green. Defendant Wright advised Plaintiff, "Hey it is prison, they don't have protective custody here." Defendant Wright slammed the chuck hole to the control center in Plaintiff's face. Defendant Wright secured Plaintiff in his cell. Defendants Philhower and Wright did not write any incident report, did not move Plaintiff away from Inmate Green or, write Inmate Green a disciplinary report for threatening the Plaintiff.

9. On 8/20/20, at lunch time, Inmate Green physically assaulted Plaintiff causing Plaintiff to suffer mutiple bruises, contusions, unnecessary pain and suffering and, dislocated shoulder.

VI. Relief:

7.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. A declaration that the acts and omissions descibed herein violated Plaintiff's rights under the Constitution and laws of the United States; 2. Compensatory damages as allowed by law against each Defendant, jointly and severally; 3. Punitive damages as allowed by law against each Defendant: 4. Plaintiff's cost in this suit; 5. Any additional relief this Court deems just, proper and, equitable; 6. A jury trail.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __29th__ day of __January__, 20__23__.

/s/ Kareem Joudeh
(Signature of plaintiff or plaintiffs)

Kareem Joudeh
(Print name)

Y38763
(I.D. Number)

2600 N. Brinton Ave., Dixon, IL 61021
(Address)

8

EXHIBITS

1. Copy of 9/6/20, grievance filed as emegency.
2. Copy of subsequent grievance with additional information because no grievance forms were available, filed as non-emegency.
3. Copy of Plaintiff correspondence regarding the status of subsequant grievance with additional information because no grievance forms were available.
4. Copy of 1/5/22, grievance regarding 9/6/20 subsequant grievance.

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
> Chief Administrative Officer, only if EMERGENCY grievance
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I Dislocated My left Shoulder on August 20, 2020 after a fight with Inmate Green. You Guys Put me In Seg After the Doctor Seen Me and Said I was okay which I never was. You Guy waited 6 Days After I Dislocated My Shoulder to take Xrays and Send Me to outside hospital to Put My Left Shoulder Back In Place. I need to Go Back to Healthcare My Shoulder hasn't healed yet why Am I in 31.

☐ Continued on reverse

**Relief Requested:**

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Kareem Jolidah — Offender's Signature
Y38763 — ID#
9-6-20 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Sonja Nicklaus(ich) — Chief Administrative Officer's Signature
9-8-20 — Date

000059

Assigned Grievance #/Institution: Dixon  Housing Unit: 31  Bed #: 11

1st Lvl rec: 004803

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: ___

| Date: 9-6-20 | Offender (please print): Kareem Joudeh | ID #: Y38763 | Race (optional): |

Present Facility: Dixon
Facility where grievance issue occurred: Dixon

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Subsequent Grievance additional information Non Emergency because control center has no grievance forms available
- [ ] Disciplinary Report

Date of report ___  Facility where issued ___

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I Dislocated MY left Shoulder on August 20, 2020 after a fight with Inmate Green. You Guys Put me In Seg After the Doctor Seen me and said I was okay which I never was You Guys visited 6 days After I Dislocated my Shoulder to take X-RAYS and Send Me to outside hospital to Put MY Left Shoulder Back In Place. I need to Go back to Healthcare MY Shoulder hasn't healed Yet why Am I in 31 On August 19 Inmate Green Went

[x] Continued on reverse

**Relief Requested:**
Protective Custody to Keep me Safe from Inmate Green, damages for failure to provide protective custody from Inmate following his threats, damages for Inadequate medical Treatment and unecessary pain and Suffering following assault by Inmate Green, and damage for items stolen by Inmate Green.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Kareem Joudeh  Y38763  9-6-20
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: ___  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

___

Print Counselor's Name  Sign Counselor's Name  Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: ___
Is this determined to be of an emergency nature:
[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Sonja Nicklauscien  9-8-20
Chief Administrative Officer's Signature  Date

Distribution: Master File; Offender  Page 1 of 2  DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____  Housing Unit: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____  2nd Lvl rec: _____

into my cell without Authorization in building 31 on the 2nd shift. It was a quarantine lockdown and he wasn't supposed to be out. The officers in the bubble allowed him to rob me of all my food. Then I went to Report it to them I Asked for Alt. Protective custody because Green said he was going to beat my "Snitch ass." The officer stated "loose lips sink ships" laughed with the other officer slammed the chuck hole in my face even when knowing I was about to be assaulted. The Next day I was assaulted by Green and suffered brain Injury and a dislocated shoulder among other things. I reported my Injuries and pain to nurses making rounds in Seg such as nurse Faris and officer Kilmer and Sgt Terry They all ignored me. When I went to see Dr. Maitru The Psychiatrist that Saturday I reported the medical problem to an unknown nurse She said "You shouldn't be getting into fights" "I don't care write the Governor." NP Tuell said I was "fine" the whole time and I wasn't fine I had brain Injury and a dislocated shoulder. After being Ignored by nurse Faris, Sgt Terry officer Kilmer various unknown nurses and NP Tuell, I eventually got an X ray on August 26 where It was determined An Entire week later that I had Injuries.

Distribution: Master File; Offender         Page 2 of 2         DOC 0046 (Rev. 01/2020)

Kareem Joudeh Y38763  1-24-2021
To: Grievance Officer

I'm writing to You In Regards to a Grievance I filed In September that I have not recieved a response too also I have not recieved a counseling Summary too. MY Grievance Pertains to the delayed medical treatment I Received for my Dislocated Shoulder I Suffered in a fight with another inmate on August 20th 2020. I wrote a greivance on September 6th which was assigned grievance #004803 which warden nicklous declared on September 8th was not emergency in nature. It was at this time that I wrote a Subsequent grievance that I marked "Not Emergency." I Just want to know where my Grievance is and why I havent received a counseling Summary or a grievance # for the grievance and WHY I have not received a response to my Grievance?

* WE HAVE RECEIVED NO OTHER GRIEVANCE OTHER THAN THE ONE LISTED ABOVE. THAT GRIEVANCE WAS NEVER RECEIVED TO ANSWER @ COUNSELOR LEVEL

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: __Joudeh__ _____ __Kereem__ _____ ___ __Y38763__
              Last Name                                First Name                          MI        ID#

Facility: Dixon C.C.

☒ Grievance: Facility Grievance # (if applicable) 220120    Dated: 1/5/2022    or ☐ Correspondence: Dated: _____

Received: 7/14/2022    Regarding: Grievance Process - privious grievance

---

The attached grievance or correspondence is being returned for the following reasons:

### Additional information required:
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

### Misdirected:
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

### No further redress:
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☐ No justification provided for additional consideration.

**Other** (specify): Not in accordance with DR 504F. Grievant can not grive a grievance. No date given within timeframe.

Completed by: Jon Loftus      Signature      7/18/2022
              Print Name                                                           Date

Distribution: Offender          *Printed on Recycled Paper*          DOC 0070 (Rev. 3/2018)
              Inmate Issues                                                                                            IDOC000092

42-13

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: 01/24/2022   Date of Review: 06/01/2022   Grievance # (optional): 220120

Offender: Joudeh, Kareem   ID#: Y38763

**Nature of Grievance:**
Other: Previous Grievance

**Facts Reviewed:**
This Grievance Officer notes that Resident Joudeh #Y38763 completed grievance #220120 with regards to not alleging receiving a grievance response to an unspecified grievance (no number provided) allegedly written during the time period of August 2020.

Be advised per DR504F Section 504.830 Grievance Procedures:
a) Grievances shall be reviewed, and a written response provided to the offender. Grievances on issues that are deemed without merit may be returned as denied to the sender without further investigation. No merit grievances include grievances that: 1) Have previously been addressed for which there is no additional information; 2) Are on issues that do not involve or affect the offender; 3) Are not filed timely, and for which good cause justification for the delay is not provided; or 4) Are decisions previously rendered by the Director.

Residents cannot grieve a grievance regarding a previously grieved issue. Resident is advised to follow grievance procedure regarding alleged non specified grievance.

**Recommendation:**
Based upon all available information, this Grievance Officer is reasonably satisfied submission was not filed in accordance with DR504F and recommends it be denied.

Joshua Baker Correctional Counselor II   [signature] 06/01/22
Print Grievance Officer's Name   Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 6/2/22   ☒ I concur   ☐ I do not concur   ☐ Remand

Action Taken:

RECEIVED
JUL 1 4 2022
ADMINISTRATIVE
REVIEW BOARD
6/2/22

[signature] Jarry Williams (R-3)
Chief Administrative Officer's Signature   Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Kareemm Jouden   Y38763   7/1/22
Offender's Signature   ID#   Date

Assigned Grievance #/Institution: 2021720    Housing Unit: 41    Bed #:

Grievance Officer

1st Lvl rec: JAN 05 2022

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: 3A

| Date: 1/5/2022 | Offender (please print): Kareem Joudeh | ID #: Y38763 | Race (optional): |
|---|---|---|---|
| Present Facility: Dixon | | Facility where grievance issue occurred: Dixon | |

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☐ Medical Treatment    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility    ☒ Other (specify): Previous Grievance
☐ Disciplinary Report

_____ _____
Date of report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'm writing a Grievance on a grievance That I wrote That had to Deal with Staff Conduct That I never got a Response Back from Incident Back in August 2020. I Had my Commissary Stolen out of Box on August 19, 2020 from Prisoner Green Resulting in me getting Beat up Suffered a Left Dislocated Shoulder Contusion, Concussion the Next Day on August 20, 2020 at Lunch time. After I was Robbed By Prisoner Green I Approached

☒ Continued on reverse

**Relief Requested:** I need this Situation Resolved Right Away

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Kareem Joudeh    Y38763    1/5/22
Offender's Signature    ID#    Date

RECEIVED

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 1-19-2022    ☐ Send directly to Grievance Officer

JUL 14 2022

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

ADMINISTRATIVE REVIEW BOARD

Response: Not filed in accordance with DR 504.810. All grievances are answered in accordance to DR 504F.

T. Gee CCII    T. Gee CCII    1-19-2022
Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

IDOC000094

| Assigned Grievance #/Institution: | | Housing Unit. | Bed #: |
|---|---|---|---|
| 1st Lvl rec: | ILLINOIS DEPARTMENT OF CORRECTIONS<br>Offender's Grievance | 2nd Lvl rec: | |

the Security Room and told the floor officer I need a Lieutenant to Report the Incident, He Declined to Report it alleging it's my fault. Prisoner Green But his cell yelling "Ima Beat Your Snitch ASS" while I'm Reporting the Incident to the officer. The officer laughed saying "Loose Lips Sink Ships" and the Control officer laughed. I Asked for Protective Custody to be moved away from Green. The Floor Officer Said Hey It's Prison They Don't have Protective Custody here He Slammed the chuck hole in my face locked me In the Cell and wrote no Incident Report I wrote the grievance after 2 weeks of the Incident. I suffered Severe pain Dislocated Left Shoulder, Concussions, Contusions, Bruises These officers Failed To Do there Job Resulting in Being Injured I would like to know what happened to the Grievance I wrote and why I never got A Response Back. This Incident Happened In Housing Unit 3।

220120

IDOC000095